UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
Tampa Division

**SYDNEY MARTIN,**  CASE NO:

    **Plaintiff,**

vs.

**UNITED STATES OF AMERICA,**

    **Defendant.**
_____/

## COMPLAINT

COMES NOW, Plaintiff, SYDNEY MARTIN by and through the undersigned counsel, and hereby sues Defendant, UNITED STATES OF AMERICA, and in support therefor states as follows:

### JURISDICTION AND VENUE

1. The subject incident occurred in Sarasota County, Florida.

2. Plaintiff brings this premises liability claim under the Federal Tort Claims Act (FTCA) for damages caused by the negligence of the employees, agents, apparent agents, servants or representatives of the Defendant working at the United States Post Office located at 950 S. River Rd., Englewood Florida, 34223 in the Middle District of Florida (United States Postal Service) while acting within the course and scope of their position and under circumstances where the Defendant, if a private person, would be liable to the Plaintiff.  See 28 U.S.C. §§ 2671 et seq.

3.      This is an action arising under the Federal Tort Claims Act (hereinafter "FTCA") and Florida State law.

4.      The Court has federal question jurisdiction pursuant to 28 U.S.C. § 1331, 28 U.S.C. §1346(b) and supplemental jurisdiction of state law claims under 28 U.S.C. § 1367(a).

5.      Jurisdiction is founded upon federal law is proper in that this action is premised upon federal causes of action against Defendant, UNITED STATES, under the FTCA, 28 U.S.C. § 2671, *et. seq*.

6.      Venue in the Middle District of Florida is proper pursuant to 28 U.S.C. §1391(b), §1391(e)(1), and §1402(b).

7.      At all times relevant herein, Plaintiff, SYDNEY MARTIN, was a citizen of the United States, residing in Sarasota County, Florida.

8.      On or about October 16, 2020, SYDNEY MARTIN presented her claim to the United States Postal Service, the appropriate federal agency for administrative settlement under the FTCA, comprising of completed Standard Form 95 to USPS Chief Counsel, the USPS at 950 S. River Road, Englewood, FL 34223, the Postmaster General, and the U.S. Postal Service via Robert Duncan, Chairman of the USPS Board of Governors.

9.      On November 10, 2020, the United States Postal Service acknowledge receipt of the claim and SF95 form, but requested more information and documentation to evaluate the claim.

10.     On or about June 4, 2021, a detailed demand package was provided to the United States Postal Service per its request which contained medical records, medical bills, and photographs.

11. This action is timely pursuant to 28 U.S.C. § 2401(b) in that it was presented to the appropriate federal agency within two (2) years of accrual, and six (6) months has lapsed since the presentation of the claim and there has been no final disposition of the claim.

12. That all additional statutory requirements and conditions precedent have been met and/or complied with.

13. That this is an action for damages in the amount of NINE-HUNDRED AND FIFTY THOUSAND ($950,000.00) DOLLARS, on behalf of SYDNEY MARTIN, exclusive of interest and costs.

## FACTUAL BACKGROUND

14. On or about July 23, 2020, SYDNEY MARTIN was a business invitee at the UNITED STATES' Post Office located at 950 S. River Rd., Englewood Florida, 34223.

15. At all times material hereto, Defendant, UNITED STATES, owned, operated and maintained the premises of the United States Post Office located at 950 S. River Rd., Englewood Florida, 34223.

16. At all times material hereto, Defendant, UNITED STATES, had possession and control of the premises wherein the incident described in the Complaint occurred.

17. While on Defendant's, UNITED STATES, premises, Defendant, owed a non-delegable duty to Plaintiff to provide reasonable care for the safety of Plaintiff, SYDNEY MARTIN, to maintain the premises in a reasonably safe condition, to warn of any dangerous conditions which it knew of or should have known of and to provide safe ingress and egress for business invitees walking in and out of the Post Office.

## COUNT I
## NEGLIGENCE CLAIM AGAINST DEFENDANT, UNITED STATES OF AMERICA

18. Plaintiff, SYDNEY MARTIN, hereby readopts, realleges and incorporates the allegations set forth in paragraphs one (1) through seventeen (17) of the Complaint as if fully set forth herein.

19. At the time Plaintiff, SYDNEY MARTIN, was on Defendant's, UNITED STATES, premises, a dangerous condition existed on said premises. This dangerous condition consisted of slippery tile walkway at the entrance and exit of Defendant's Post Office.

20. Defendant, UNITED STATES, breached the non-delegable duty owed to Plaintiff, SYDNEY MARTIN, as a business invitee, by committing one or more of the following acts or omissions:

   a. Negligently failing to maintain or adequately maintain the walkway that leads in and out of the Post Office, by allowing the dangerous condition to exist at the time Plaintiff, SYDNEY MARTIN, was exiting the Post Office;

   b. Negligently failing to inspect or adequately inspect the walkway leading in and out of the Post Office, to determine whether the dangerous condition existed at the time Plaintiff, SYDNEY MARTIN, was in the area;

   c. Negligently failing to warn or adequately warn Plaintiff, SYDNEY MARTIN, of the dangerous condition when Defendant, UNITED STATES, knew or should have known of its existence and when Plaintiff, SYDNEY MARTIN, was unaware of said dangerous condition;

   d. Negligently failing to correct, or adequately correct the dangerous condition when Defendant, UNITED STATES, knew or should have known of its existence;

   e. Negligently failing to repair and maintain said premises, specifically the walkway leading in and out of the Post Office, which caused or contributed to the existence of the dangerous condition;

    f.   Negligently failing to have adequate staff on duty and/or assigned to the task of inspecting the premises for dangerous condition;

    g.   Negligently failing to train and/or inadequately training its employees to inspect the premises for dangerous condition;

    h.   Negligently failing to follow its own policies regarding the dangerous condition;

    i.   Negligently failing to comply with applicable safety codes, regulations, and standards relative the walkway leading in and out of the Post Office;

    j.   Negligently failing to take actions to reduce, minimize, or eliminate foreseeable risks before they manifested themselves as particular dangerous conditions on the premises; and

    k.   Negligently failing to act reasonably under the circumstances.

21. As a direct and proximate result of Defendant's, UNITED STATES., negligence, Plaintiff, SYDNEY MARTIN, was walking down the walkway after exiting the Post Office, when she fell on Defendant's premises, causing Plaintiff to sustain the injuries and damages as hereinafter alleged.

22. The specific manner in which Plaintiff, SYDNEY MARTIN, was injured was foreseeable to Defendant, UNITED STATES, and Defendant knew or should have known of the specific risks of harm to Plaintiff as a result of Defendant's negligence.

23. As a direct and proximate result of the foregoing negligence, Plaintiff, SYDNEY MARTIN, suffered bodily injury and resulting pain and suffering, impairment, disability, inconvenience, aggravation of physical disease or defect, disfigurement, mental anguish, loss of capacity for the enjoyment of life, expense of hospitalization, medical and nursing care and treatment, loss of earnings, loss of ability to earn money. The injuries to

Plaintiff are permanent within a reasonable degree of medical probability and Plaintiff will continue to suffer the losses in the future.

WHEREFORE, SYDNEY MARTIN demands judgment against the UNITED STATES OF AMERICA for compensatory damages, applicable costs and all other just and proper relief.

## JURY DEMAND

Plaintiff, SYDNEY MARTIN, demands trial by jury as to her pendent state law claims.

Respectfully submitted,

*/s/ Zachary Leacox*

------------------------------

Zachary Leacox, Esquire
Florida Bar No.: 026639
zacharyefiling@norden.law
Norden Leacox, PLLC.
964 Lake Baldwin Lane, Suite 200
Orlando, FL 32814
Telephone (407) 801-3000
Facsimile (407) 612-7603
Attorneys for Plaintiff